**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1549**

KIMBERLY ANN SHREVE,

                Plaintiff - Appellant,

      v.

KRISTEN LYNN FETTER; TINA TANT HOAGLAND; C. COLON
WILLOUGHBY, JR.,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.  (5:11-cv-00157-H)

Submitted:  July 28, 2011         Decided:  August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimberly Ann Shreve, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Ann Shreve appeals the district court's order adopting the magistrate judge's recommendation and dismissing her civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Shreve's informal brief does not challenge the basis for the district court's disposition, Shreve has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED